

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2021

No. 04-21-00251-CV

Herbert L. **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS,** Margaret Comparin, Ronaldo Dunagan, Lynda C. Spence, and EXP
Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On August 11, 2021, we issued an opinion and judgment dismissing this appeal for want of prosecution based on appellant's failure to pay the filing fee for the appeal. *See* TEX. R. APP. P. 42.3(b). Appellant thereafter paid the filing fee and requested reinstatement of the appeal, citing oversight by his counsel. Accordingly, on our own motion, we WITHDRAW our prior opinion and judgment issued on August 11, 2021 and REINSTATE this appeal on our docket. *See* TEX. R. APP. P. 19.1 (court of appeals' plenary power). It is ORDERED that appellant's brief is due **on or before September 24, 2021.** *See* TEX. R. APP. P. 38.6(a).

Additionally, the trial court signed a final judgment on March 5, 2021 and the appellant filed a motion for new trial on April 4, 2021. Therefore, the notice of appeal was due to be filed on June 3, 2021. *See* TEX. R. APP. P. 4.1(a), 26.1. A motion for extension of time to file the notice of appeal was due on June 18, 2021. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore further ORDERED that appellant file a response presenting a reasonable explanation for failing to file a notice of appeal in a timely manner **on or before September 10, 2021**.  If appellant fails to respond within the time provided, the appeal will be dismissed.  *See* TEX. R. APP. P. 42.3(c).

It is so **ORDERED** August 30, 2021.

**PER CURIAM**

ATTESTED TO:
MICHAEL A. CRUZ,
CLERK OF COURT